# United States Bankruptcy Court
## District of Nevada

Case No. **11–20317–mkn**
**Chapter 7**

In re: (Name of Debtor)
   PHUONG V BADGETT
   PO BOX 335046
   NORTH LAS VEGAS, NV 89033

Social Security No.:
   xxx–xx–9363

# FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    PHUONG V BADGETT

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/31/12     BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court